UNITED STATES BANKRUPTCY COURT

MIDDLE DISTRICT OF LOUISIANA

IN RE: MARY ARTEISHA BROOKS          CASE NO.: 09-10327

         DEBTOR

# ORDER

Considering that a Motion for Relief from Stay was filed and noticed for hearing by Cris Jackson, on behalf of U.S. Bank N.A., on a date more than thirty (30) days after the filing of the motion,

**IT IS ORDERED** that unless the moving party files an objection to the automatic stay remaining in effect pending conclusion of the final hearing on the motion and requests a hearing, the automatic stay shall remain in effect pending the outcome of the hearing as presently noticed and fixed.

**IT IS FURTHER ORDERED** that any objection and request for hearing shall be noticed to those parties who received notice of the original motion for relief from stay.

**IT IS FURTHER ORDERED** that the Clerk of Court shall give notice of this order only to the mover.

Baton Rouge, Louisiana, April 12, 2010.

                               **S/ Douglas D. Dodd**
                               DOUGLAS D. DODD
                               UNITED STATES BANKRUPTCY JUDGE